UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

COMMODITIES & MINERALS
ENTERPRISE LTD.,

    Plaintiff,

vs.                                        Case No.:

GRETCHEN SHIPPING INC.,

    Defendant.
_____/

## ORDER DIRECTING THE ISSUANCE OF THE PROCESS OF ATTACHMENT AND GARNISHMENT

Pursuant to Supplemental Rule (B)(1) and Local Admiralty Rule 7.02(c)(1), the Clerk is directed to issue the summons and process of attachment and garnishment in the above-styled action.

ORDERED at Tampa, Florida, this ___ day of September, 2013.

                                                                      _____
                                                                        United States Magistrate Judge

#25913941_v1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

COMMODITIES & MINERALS
ENTERPRISE LTD.,

    Plaintiff,
vs.                                                      Case No.:

GRETCHEN SHIPPING INC.,

    Defendant.
_____/

## ORDER APPOINTING PROCESS SERVER

UPON reading the Verified Complaint for issuance of process of maritime attachment and garnishment pursuant to Rule B of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure ("Supplemental Rule B"), and the declaration and memorandum submitted in support thereof;

NOW, it is hereby:

ORDERED that pursuant to Rule 4(c)(1) of the Federal Rules of Civil Procedure that the writs of attachment and garnishment may be served by any person, who is not less than 18 years old, and who is not a party to this action; and it is further

ORDERED following initial service of Process of Attachment and Garnishment upon any garnishee by the United States Marshal or any other person designated or authorized by this Order to make service in this action, subsequent or supplemental service of Process of Maritime Attachment and Garnishment may thereafter be made by way of facsimile transmission or other

verifiable electronic means, including e-mail, to each garnishee so personally served; and it is further

**ORDERED** that service on any garnishee herein is deemed to be effective and continuous service throughout the remainder of the day upon which such service is made commencing from the time of such service, and it is further deemed to be effective through the end of the next business day; provided another service is made the next business day; and it is further

**ORDERED** that a copy of this order be attached to and served with the said process of maritime attachment and garnishment; and it is further

**ORDERED** that following initial service as described above, if any supplemental service of the Process of Maritime Attachment and Garnishment is required, if the garnishee does not consent to deem initial service continuous for a period of 60 days or does not consent to supplemental service by verifiable electronic means, then any supplemental personal service shall have continuous effect for 45 days; and it is further

**ORDERED**

**DONE AND ORDERED** this ____th day of September, 2013.

_____
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

COMMODITIES & MINERALS
ENTERPRISE LTD.,

    Plaintiff,
vs.                                                            Case No.:

GRETCHEN SHIPPING INC.,

    Defendant.
_____/

## PROCESS OF ATTACHMENT AND GARNISHMENT

The Verified Complaint in the above-styled case was filed in the Tampa Division of this Court on September 30, 2013.

In accordance with Supplemental Rule (B) of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule 7.02, you are directed to attach and garnish the property indicated below:

### DESCRIPTION

> Proceeds drawn down from an Irrevocable Letter of Credit No. 63656745 in the amount of USD $2,500,000.00 (USD Two Million Five Hundred Thousand and 00/100); issued January 28, 2011 in favor of Gretchen Shipping, Inc. by Citibank N.A. and located at Citicorp North America, Inc., 3800 Citibank Center, Building B, 3rd Floor, Tampa, Florida.

You shall give notice of the attachment and garnishment to every person required by appropriate Supplemental Rule, Local Admiralty Rule and the practices of your office.

DATED at Tampa, Florida, this ___ day of September, 2013.

Sheryl L. Loesch
CLERK

By: _____
Deputy Clerk

Natalie P. Thomas
Florida Bar No. 1476870
HOLLAND & KNIGHT LLP
100 N. Tampa Street
Suite 4100
Tampa, FL 33602
Telephone: 813-227-8500
Facsimile: 813-229-0134
Email: natalie.thomas@hklaw.com
Attorneys for Plaintiff

## SPECIAL NOTICE

Any person claiming an interest in property seized pursuant to this process of attachment and garnishment must file a claim in accordance with the post-seizure review provisions of Local Admiralty Rule 7.02(e).

2

#25914309_v1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

COMMODITIES & MINERALS
ENTERPRISE LTD.,

    Plaintiff,

vs.                                         Case No.:

GRETCHEN SHIPPING INC.,

    Defendant.
_____/

## PROCESS OF ATTACHMENT AND GARNISHMENT

The Verified Complaint in the above-styled case was filed in the Tampa Division of this Court on September 30, 2013.

In accordance with Supplemental Rule (B) of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule 7.02, you are directed to attach and garnish the property indicated below:

### DESCRIPTION

Proceeds drawn down from an Irrevocable Letter of Credit No. 63656745 in the amount of USD $2,500,000.00 (USD Two Million Five Hundred Thousand and 00/100); issued January 28, 2011 in favor of Gretchen Shipping, Inc. by Citibank N.A. and located at Citicorp North America, Inc., 3800 Citibank Center, Building B, 3rd Floor, Tampa, Florida.

You shall give notice of the attachment and garnishment to every person required by appropriate Supplemental Rule, Local Admiralty Rule and the practices of your office.

DATED at Tampa, Florida, this ___ day of September, 2013.

Sheryl L. Loesch
CLERK

By: _____
Deputy Clerk

Natalie P. Thomas
Florida Bar No. 1476870
HOLLAND & KNIGHT LLP
100 N. Tampa Street
Suite 4100
Tampa, FL 33602
Telephone: 813-227-8500
Facsimile: 813-229-0134
Email: natalie.thomas@hklaw.com
Attorneys for Plaintiff

SPECIAL NOTICE

Any person claiming an interest in property seized pursuant to this process of attachment and garnishment must file a claim in accordance with the post-seizure review provisions of Local Admiralty Rule 7.02(e).

2

#25914309_v1