UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

COMMODITIES & MINERALS
ENTERPRISE LTD.,

    Plaintiff,

vs.                                        Case No.: 8:13-CV-2512-T-30MAP

GRETCHEN SHIPPING INC.,

    Defendant.
_____/

## ORDER DIRECTING THE ISSUANCE OF THE PROCESS OF ATTACHMENT AND GARNISHMENT

Pursuant to Supplemental Rule (B)(1) and Local Admiralty Rule 7.02(c)(1), the Clerk is directed to issue the summons and process of attachment and garnishment in the above-styled action.

ORDERED at Tampa, Florida, this 30 day of September, 2013.

_____
United States Magistrate Judge

#25913941_v1