UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

COMMODITIES & MINERALS ENTERPRISE LTD.,
    Plaintiff,

vs.    Case No.: 8:13-cv-02512-JSM-MAP

GRETCHEN SHIPPING INC.,

    Defendant.
_____/

## DECLARATION OF MARK S. DAVIS IN SUPPORT OF MOTION TO VACATE ATTACHMENT ORDER

I, MARK S. DAVIS, declare in support of defendant GRETCHEN SHIPPING, INC.'s ("GRETCHEN") motion to vacate the attachment order issued in this action under Supplemental Rule B(1)(a) as follows:

1. I am Senior Vice-President and Chief Financial Officer of non-party KYMA SHIP MANAGEMENT, INC. ("KYMA"). KYMA is commercial manager for GRETCHEN, and has offices and a place of business at 1801 SW 3rd Avenue, Suite 200, Miami, Florida 33129.

2. I submit this Declaration based on facts and information known to me personally, as well as documents and information contained in the files maintained by KYMA.

3. On January 25, 2010, GRETCHEN and CME entered into a time charter of the M/V GENERAL PIAR (the "Charter Party"). The M/V GENERAL PIAR (the "Vessel") was purchased specifically for the charter to CME.

4. Prior to the purchase of the Vessel, on December 9, 2009, I understand Paris Katsoufis of KYMA and Arturo Contreras of CME went on board the M/V CHRISTOFFER OLDENDORFF (the predecessor name of the Vessel) in Jacksonville, Florida while still under prior ownership to Oldendorff to observe the discharge of a cargo of coal from Colombia and to inspect the Vessel in general.

5. The Vessel was acquired from her prior owner Oldendorff when she was delivered to her new owner GRETCHEN in Tampa, Florida on February 12, 2010.

6. KYMA negotiated the Charter Party on behalf of GRETCHEN. During the course of negotiations, I, along with other representatives of KYMA, met on three (3) or four (4) occasions with CME representatives, including Tyrone Serrao, President of CME, Lisa Sherriff, Financial Administrator of CME, Arturo Contreras, and Carlos Suarez. These meetings took place at what I believe were CME's offices located at 501 Brickell Key Drive, Suites 502/506, Miami, Florida.

7. I believe CME has offices at the foregoing address in Miami since:

   a) Clause 68 of the Charter Party required all written notices to be sent to that address in Miami;

   b) Business cards provided to me by Mr. Serrao and Ms. Sherriff contained that address in Miami. (A copy of the business cards is attached as Exhibit A);

   c) Correspondence from Mr. Serrao and Ms. Sherriff contained that address in Miami. (A copy of representative samples of correspondence is attached as Exhibit B); and

   d) The Letter of Credit at issue bears that Miami address for the "applicant" CME. (A copy of the Letter of Credit is attached as Exhibit C).

8. The office where we met at the foregoing CME address in Miami appeared to be a fully-functioning office with secretary, telephones, and many photographs of CME's Venezuelan operations.

9. The (305) Miami telephone area code is listed on the business cards of Mr. Serrao and Ms. Sherriff, and I always call a (305) area code telephone number to reach CME representatives.

10. Final negotiations for the Charter Party were conducted in KYMA's offices which were then in the Port of Miami.

11. Final negotiations as to the agreed form of the Letter of Credit were held in the offices of Citibank at Citi Private Bank, 201 S. Biscayne Blvd., Suite 3300, Miami, Florida.

12. GRETCHEN has not presented any paperwork to draw down on the Letter of Credit to Citibank at any time during the period of the Charter Party from January 2010 to the present date.

I declare and state under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on this 4th day of October, 2013, at Miami, Florida.

_____
Mark S. Davis