**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

COMMODITIES & MINERALS
ENTERPRISE LTD.,

      Plaintiff,                      Case No.: 8:13-cv-2512-JSM-MAP

v.

GRETCHEN SHIPPING INC.,

      Defendant.
_____/

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT GRETCHEN SHIPPING INC.

      SCOTT A. RICHARDS of Fowler White Boggs P.A., 501 East Kennedy Boulevard, Suite 1700, Tampa, Florida 33602, telephone number (813) 228-7411 and fax number (813) 229-8313, hereby gives notice of his appearance as additional counsel for Defendant, Gretchen Shipping Inc., and requests that copies of all pleadings, orders, and other filings be served upon him in accordance with Rule 5(b) of the Federal Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2013, I electronically filed this document with the Clerk of the Court by using the CM/ECF system.

| | |
|---|---|
| Of Counsel: | s/Scott Richards_____ |
| | Carl R. Nelson |
| Kirk M.H. Lyons | Florida Bar No: 0280186 |
| klyons@lyons-flood.com | cnelson@fowlerwhite.com |
| Lyons & Flood LLP | Scott Richards |
| 65 W 36th St FL 7 | Florida Bar No: 72657 |
| New York, NY 10018-8018 | scott.richards@fowlerwhite.com |
| (212) 594-2400 | FOWLER WHITE BOGGS P.A. |
| Fax No: (212) 594-4589 | P.O. Box 1438 |
| (Motion to Appear Pro Hac Vice to be Filed) | Tampa, FL  33601 |
| | (813) 228-7411 |
| | Fax No: (813) 229-8313 |
| | Attorneys for Defendant |

45972023