IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

CASE NO.: 8:13-cv-2512-JSM-MAP

COMMODITIES & MINERALS
ENTERPRISE LTD.,

Plaintiff,

vs.

GRETCHEN SHIPPING INC.,

Defendant.

_____/

## STIPULATION AND JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff Commodities & Minerals Enterprise Ltd. ("CME"), and Defendant Gretchen

Shipping Inc. ("Gretchen"), by their respective undersigned attorneys hereby stipulate that the

parties have reached an agreement to dismiss this matter without prejudice, and jointly move for

entry of an Order: (i) vacating the process of attachment and garnishment dated September 30,

2013; and (ii) dismissing the Verified Complaint of CME against Gretchen without prejudice,

with each party to bear their own respective costs and attorneys' fees.

## MEMORANDUM IN SUPPORT OF JOINT MOTION

The foregoing Stipulation and Joint Motion for Dismissal without Prejudice is made in

accordance with Rule 41(a)(2), Federal Rules of Civil Procedure.

This motion/petition/stipulation has been duly
considered and is hereby  GRANTED,
this  6  day of  JANUARY, 20 14.

_____
JAMES S. MOODY, JR
U.S. DISTRICT JUDGE